Samuele Riva, Esq. (*appearance pro hac vice*)
CAMPANELLI & ASSOCIATES, P.C.
1757 Merrick Avenue, Suite 204
Merrick, NY 11566
Telephone: (516) 746-1600
Facsimile: (516) 746-2611

Sunita Bali, Esq.
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Kristin Iversen, Esq.
MURPHY PEARSON BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, CA 94104
Phone: (415) 788-1900
Facsimile: (415) 393-8087

Kurt A. Franklin, Esq.
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| RICHARD WOLF,<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF MILLBRAE, et al.,<br><br>              Defendants. | Case No. 4:21-cv-00967-PJH<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES RELATED TO DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT AND TO CONTINUE HEARING AS MODIFIED BY THE COURT [Civ. L.R. 6-1]**<br><br>Current Response Date: May 20, 2021<br>New Response Date: June 10, 2021<br><br>Current Reply Date: May 27, 2021<br>New Reply Date: June 24, 2021<br><br>Current Hearing Date: July 1, 2021<br>New Hearing Date: July 22, 2021 |

STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS'
MOTIONS TO DISMISS AND DEFENDANTS' TIME TO FILE REPLIES, AND
STIPULATION TO CONTINUE RULE 12(B)(6) HEARING [CIV. L.R. 6-1]

CASE NO.: 4:21-CV-00967-PJH

-1-

152535573.1

| | |
|---|---|
| 1 | Pursuant to Civil L. R. 6-1, Plaintiff Richard Wolf and Defendants City of Millbrae, |
| 2 | T-Mobile USA, Inc., Millbrae Heights Community Association and the Individual Defendants, by |
| 3 | and through their attorneys of record, and subject to the approval of the Court, hereby agree and |
| 4 | stipulate as follows: |

1. WHEREAS, Plaintiff filed his First Amended Complaint on March 2, 2021;

2. WHEREAS, Plaintiff consented to extend Defendants' time to respond until May 6, 2021;

3. WHEREAS, Defendants filed three separate Motions to Dismiss pursuant to Rule 12(b)(6) on May 6, 2021 and calendared their motions to be heard on July 1, 2021 at 1:30 p.m. before the Honorable Phyllis J. Hamilton (*see* ECF No. 71–73);

4. WHEREAS, Plaintiff's opposition is due by no later than May 20, 2021;

5. WHEREAS, the parties have agreed to extend Plaintiff's time to file his opposition to Defendants' Motions to Dismiss pursuant to Rule 12(b)(6) by twenty-one days, to June 10, 2021;

6. WHEREAS, the parties have agreed to extend Defendants' time to file their replies in support of their Motions to Dismiss by seven days to June 24, 2021;

7. WHEREAS, the parties respectfully request that the Court move the hearing currently scheduled for July 1, 2021 at 1:30 p.m. before the Honorable Phyllis J. Hamilton to July 22, 2021 at 1:30 p.m., or such date and time thereafter that is convenient for the Court to accommodate the extension of the briefing schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties that Richard Wolf's deadline to file an opposition to Defendants' Motions to Dismiss pursuant to Rule 12(b)(6) is extended twenty-one days, to June 10, 2021; that Defendants' deadline to reply is extended seven days to June 24, 2021; and that the hearing is continued from July 1 to ~~July 22, 2021~~ July 29, 2021.

STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND DEFENDANTS' TIME TO FILE REPLIES, AND STIPULATION TO CONTINUE RULE 12(B)(6) HEARING [CIV. L.R. 6-1]

CASE NO.: 4:21-CV-00967-PJH

-2-

152535573.1

**IT IS SO ORDERED.**

Dated: May 19, 2021

_____
Honorable Phyllis J. Hamilton
United States District Court Judge

**IT IS SO STIPULATED.**

| | |
|---|---|
| Samuele Riva, Esq.<br>CAMPANELLI & ASSOCIATES, P.C.<br>*Attorneys for Richard Wolf*<br>1757 Merrick Ave, Suite 204<br>Merrick, NY 11566<br>Telephone: (516) 746-1600<br>Facsimile: (516) 746-2611<br>sr@campanellipc.com | Kristin Iversen, Esq.<br>MURPHY PEARSON BRADLEY & FEENEY<br>*Attorneys for HOA and Individual Defendants*<br>580 California Street, Suite 1100<br>San Francisco, CA 94104<br>Telephone: (415) 788-1900<br>Facsimile: (415) 393-8087<br>kiversen@mpbf.com |
| Sunita Bali, Esq.<br>PERKINS COIE LLP<br>*Attorneys for T-Mobile USA, Inc.*<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105-3204<br>Telephone: (415) 344-7000<br>Facsimile: (415) 344-7050<br>SBali@perkinscoie.com | Kurt A. Franklin, Esq.<br>HANSON BRIDGETT LLP<br>*Attorneys for the City of Millbrae*<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>kfranklin@hansonbridgett.com |

**ATTESTATION**

Pursuant to Civil L. R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By: /s/Samuele Riva
    Samuele Riva

STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS'
MOTIONS TO DISMISS AND DEFENDANTS' TIME TO FILE REPLIES, AND
STIPULATION TO CONTINUE RULE 12(B)(6) HEARING [CIV. L.R. 6-1]

CASE NO.: 4:21-CV-00967-PJH

-3-

152535573.1