UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD WOLF,

    Plaintiff,

    v.

CITY OF MILLBRAE, et al.,

    Defendants.

Case No. 21-cv-00967-PJH

**ORDER OF DISMISSAL**

Re: Dkt. No. 93

Before the court is plaintiff Richard Wolf's notice of intent not to amend and request for dismissal. The notice follows this court's order granting defendants' motions to dismiss plaintiff's complaint. Dkt. 91. In the order granting defendants' motions to dismiss, the court granted leave to amend certain claims. Id. In light of plaintiff's notice and request, and good cause appearing, the court hereby DISMISSES the entirety of the complaint with prejudice. See Fed. R. Civ. P. 41.

**IT IS SO ORDERED.**

Dated: September 21, 2021

                         */s/ Phyllis J. Hamilton*
                         PHYLLIS J. HAMILTON
                         United States District Judge