UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD WOLF,

    Plaintiff,

v.

CITY OF MILLBRAE, et al.,

    Defendants.

Case No. 21-cv-00967-PJH

**JUDGMENT**

The issues having been duly heard and the court having granted defendant's motion to dismiss the complaint with leave to amend and plaintiff having elected not to amend his complaint,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 21, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge